**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEFFERLE, JOANN | § | Case No. 09-08732 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 11/22/2013 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: ________________________________
Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEFFERLE, JOANN | § | Case No. 09-08732 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 20,002.16 |
| leaving a balance on hand of[1] | $ | 29,997.84 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 62.52 | $ 0.00 | $ 62.52 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,277.50 | $ 0.00 | $ 3,277.50 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 31.53 | $ 31.53 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,350.02 |
| Remaining Balance | $ | 20,647.82 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,316.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 8,421.17 | $ 0.00 | $ 1,991.36 |
| 000002 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 7,020.95 | $ 0.00 | $ 1,660.25 |
| 000003 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 9,373.76 | $ 0.00 | $ 2,216.62 |
| 000004 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 3,092.44 | $ 0.00 | $ 731.27 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | $ 5,224.86 | $ 0.00 | $ 1,235.53 |
| 000006 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 10,246.42 | $ 0.00 | $ 2,422.98 |
| 000007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 14,731.46 | $ 0.00 | $ 3,483.57 |
| 000008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 10,640.35 | $ 0.00 | $ 2,516.13 |
| 000009 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 8,300.78 | $ 0.00 | $ 1,962.90 |
| 000010 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 10,264.30 | $ 0.00 | $ 2,427.21 |

Total to be paid to timely general unsecured creditors $ 20,647.82

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Joann Hefferle
Debtor

Case No. 09-08732-ABG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1 User: mgonzalez Page 1 of 2 Date Rcvd: Oct 30, 2013
Form ID: pdf006 Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2013.

db #+Joann Hefferle, 140 Forest, Lake Zurich, IL 60047-1331
aty +Cohen & Krol, Cohen & Krol, 105 West Madison St 1100, Chicago, IL 60602-4600
16943389 American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
16879777 American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
13646947 #Bank of America, PO Box 15026, Wilmington, DE 19850-5026
13646946 #Bank of America, PO Box 15184, Wilmington, DE 19850-5184
13646949 Blue American Express, Box 0001, Los Angeles, CA 90096-0001
13646950 Blue American Express for Business, Box 0001, Los Angeles, CA 90096-0001
13646951 Capital One, PO Box 6492, Carol Stream, IL 60197-6492
16709854 Chase Bank USA NA, PO Box 15145, Wilmington, DE 19850-5145
13646954 Chase Mastercard, PO Box 15298, Wilmington, DE 19850-5298
13646955 Chase Mastercard, PO Box 15298, Wilmington, DE 19886-5298
13646957 +Chase Visa, PO Box 15153, Wilmington, DE 19850-5153
13646956 Chase Visa, PO Box 15298, Wilmington, DE 19850-5298
13646958 Citi AAdvantage, Box 6000, The Lakes, NV 89163-6000
13646959 Citi Business/AAdvantage Card, PO Box 44180, Jacksonville, FL 32231-4180
13646960 Citi Diamond Preferred Rewards Card, Box 6000, The Lakes, NV 89163-6000
13646962 +First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197-0002
16715637 +First National Bank of Omaha, 1620 Dodge Street Stop Code 3105, Omaha Ne 68197-0002
13646972 +JP Morgan Chase Bank, NA, 1603 Orrington Avenue, Evanston, IL 60201-3841
13646973 +Wells Fargo Business Card Visa, PO Box 348750, Sacramento, CA 95834-8750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13646945 E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 31 2013 00:45:39
American Honda Finance Corporation, PO Box 5308, Elgin, IL 60121-5308
13646961 E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49 Discover, PO Box 30943, Salt Lake City, UT 84130
16672094 E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49 Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025
17083548 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2013 00:42:31
FIA Card Services, NA/Bank of America, by American InfoSource LP as its agent, PO Box 248809, Oklahoma City, OK 73124-8809

TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

13646948* Bank of America, PO Box 15026, Wilmington, DE 19850-5026
13646952* Capital One, PO Box 6492, Carol Stream, IL 60197-6492
13646953* Capital One, PO Box 6492, Carol Stream, IL 60197-6492
13646964* Healers America, 140 Forest Avenue, Lake Zurich, IL 60047-1331
13646965* Healers America, 140 Forest Avenue, Lake Zurich, IL 60047-1331
13646966* Healers America, 140 Forest Avenue, Lake Zurich, IL 60047-1331
13646967* Healers America, 140 Forest Avenue, Lake Zurich, IL 60047-1331
13646968* Healers America, 140 Forest Avenue, Lake Zurich, IL 60047-1331
13646969* Healers America, 140 Forest Avenue, Lake Zurich, IL 60047-1331
13646970* Healers America, 140 Forest Avenue, Lake Zurich, IL 60047-1331
13646963 ##Healers America, 140 Forest Avenue, Lake Zurich, IL 60047-1331
13646971 ##JP Morgan Chase Bank, PO Box 260180, Baton Rouge, LA 70826-0180

TOTALS: 0, * 10, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on October 29, 2013 at the address(es) listed below:

Gina B Krol, ESQ on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com, jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
John A. Staas on behalf of Debtor Joann Hefferle august@staas.com
Joseph E Cohen on behalf of Attorney Cohen & Krol jcohen@cohenandkrol.com, jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
Joseph E Cohen on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com, jcohenattorney@gmail.com;gkrol@cohenandkrol.com
Joseph E Cohen jcohen@cohenandkrol.com, jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
Joseph E Cohen, Tr. on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com, jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Yan Teytelman on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com, law_4321@yahoo.com

TOTAL: 8