UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HEFFERLE, JOANN § Case No. 09-08732
§
          Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on                .  The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOANNE HEFFERLE |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance Corporation PO Box 5308 Elgin, IL 60121-5308 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| BRIAN W. COFFMAN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Blue American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Blue American Express for Business Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mastercard PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Mastercard PO Box 15298 Wilmington, DE 19886-5298 | | | | | |
| | Chase Visa PO Box 15153 Wilmington, DE 19850-5298 | | | | | |
| | Chase Visa PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi AAdvantage Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citi Business/AAdvantage Card PO Box 44180 Jacksonville, FL 32231-4180 | | | | | |
| | Citi Diamond Preferred Rewards Card Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Discover PO Box 30943 Salt Lake City, UT 84130 | | | | | |
| | First National Bank of Omaha 1620 Dodge Street Omaha, NE 68197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Healers America 140 Forest Avenue Lake Zurich, IL 60047-1331 | | | | | |
| | JP Morgan Chase Bank PO Box 260180 Baton Rouge, LA 70826-0180 | | | | | |
| | JP Morgan Chase Bank, NA 1603 Orrington Avenue Evanston, IL 60201 | | | | | |
| | Wells Fargo Business Card Visa PO Box 348750 Sacramento, CA 95834 | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-08732 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HEFFERLE, JOANN | | Date Filed (f) or Converted (c): | 03/16/09 (f) |
| | | | 341(a) Meeting Date: | 05/01/09 |
| For Period Ending: | 04/05/14 | | Claims Bar Date: | 08/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 54.06 | 54.06 | | 0.00 | FA |
| 2. American Chartered Bank Lake Zurich 459 S. Rand Ro | 101.51 | 101.51 | | 0.00 | FA |
| 3. JP Morgan Chase Bank PO Box 260180 Baton Rouge, LA | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. Security deposit 140 Forest Avenue Lake Zurich, IL | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 5. Sofa, 2 Chairs, Coffee Table, End Table, 2 Picture | 550.00 | 550.00 | | 0.00 | FA |
| 6. Table and Chairs, Dresser, Rug | 300.00 | 300.00 | | 0.00 | FA |
| 7. Toaster, Toaster Oven, Dishes, Pans | 175.00 | 175.00 | | 0.00 | FA |
| 8. Bed, Dresser, Nightstand, and portable DVD Player | 250.00 | 250.00 | | 0.00 | FA |
| 9. Clothes | 100.00 | 100.00 | | 0.00 | FA |
| 10. Teslar Watch | 525.00 | 525.00 | | 0.00 | FA |
| 11. Exercise Machine | 300.00 | 300.00 | | 0.00 | FA |
| 12. IRA AIG Retirement Advisors, Inc. 2929 Allen Parkw | 5,135.00 | 5,135.00 | | 0.00 | FA |
| 13. 9500 Shares Healers America 140 Forest Avenue Lake | 0.00 | Unknown | | 0.00 | Unknown |
| 14. 2002-Honda Accord EX | 7,235.00 | 7,235.00 | | 0.00 | FA |
| 15. PERSONAL INJURY (u) | Unknown | 0.00 | | 50,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $15,925.57 | $15,925.57 | | $50,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF PENDING P I CLAIM. TRUSTEE TO EMPLOY SPECIAL COUNSEL. TRUSTEE BELIEVES CASE WILL SETTLE FOR AROUND $50,000.00. TRUSTEE TO FILE MOTION TO SETTLE PENDING CONTROVERSY. TRUSTEE HAS SETTLED MATTER. TRUSTEE IS PREPARING HIS FINAL REPORT.

Case 09-08732 Doc 67 Filed 05/20/14 Entered 05/20/14 12:00:32 Desc Main
Document Page 11 of 15

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-08732 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HEFFERLE, JOANN | Date Filed (f) or Converted (c): | 03/16/09 (f) |
| | | 341(a) Meeting Date: | 05/01/09 |
| | | Claims Bar Date: | 08/29/13 |

TRUSTEE HAS SUBMITTED HIS FINAL REPORT TO UST FOR REVIEW. THE FINAL REPORT HAS BEEN FILED WITH A FINAL HEARING SET FOR 1/10/14 - January 14, 2014.

Initial Projected Date of Final Report (TFR): 06/30/12        Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-08732 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | HEFFERLE, JOANN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2366  Checking Account |
| Taxpayer ID No: | *******8420 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | 15 | COFFMAN LAW OFFICES PC | Settlement of Lawsuit | 1242-000 | 30,000.00 | | 30,000.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 29,985.62 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 31.53 | 29,954.09 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.26 | 29,913.83 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.49 | 29,869.34 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.97 | 29,826.37 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.34 | 29,782.03 |
| 06/26/13 | 15 | STATE FARM MUTUAL AUTOMOBILE INSURANCE | Settlement of Lawsuit | 1242-000 | 20,000.00 | | 49,782.03 |
| 06/26/13 | 300002 | BRIAN W. COFFMAN | Attorney fees per court order | 3210-000 | | 19,601.91 | 30,180.12 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.64 | 30,132.48 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.68 | 30,085.80 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.73 | 30,041.07 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.23 | 29,997.84 |
| 01/14/14 | 300003 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 4,250.00 | 25,747.84 |
| 01/14/14 | 300004 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 62.52 | 25,685.32 |
| 01/14/14 | 300005 | COHEN & KROL 105 W. Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,185.00 | 23,500.32 |

Page Subtotals       50,000.00       26,499.68

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-08732 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HEFFERLE, JOANN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2366 Checking Account |
| Taxpayer ID No: | *******8420 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/14 | 300006 | CLERK, U.S. BANKRUPTCY COURT | CHAPTER 7 REOPENING FEE | 2700-000 | | 260.00 | 23,240.32 |
| 01/14/14 | 300007 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,092.50 | 22,147.82 |
| * 01/14/14 | 300008 | JOANNE HEFFERLE<br>140 Forest<br>Lake Zurich, IL 60047 | Payment of exemption<br>Payment of exemption | 8100-004 | | 15,000.00 | 7,147.82 |
| * 01/14/14 | 300008 | JOANNE HEFFERLE<br>140 Forest<br>Lake Zurich, IL 60047 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8100-004 | | -15,000.00 | 22,147.82 |
| 01/14/14 | 300009 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 8.18615% | 7100-000 | | 689.37 | 21,458.45 |
| 01/14/14 | 300010 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 8.18607% | 7100-000 | | 574.74 | 20,883.71 |
| 01/14/14 | 300011 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 8.18615% | 7100-000 | | 767.35 | 20,116.36 |
| 01/14/14 | 300012 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 8.18609% | 7100-000 | | 253.15 | 19,863.21 |
| 01/14/14 | 300013 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Claim 000005, Payment 8.18606% | 7100-000 | | 427.71 | 19,435.50 |
| 01/14/14 | 300014 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 8.18608% | 7100-000 | | 838.78 | 18,596.72 |
| 01/14/14 | 300015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000007, Payment 8.18609%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 1,205.93 | 17,390.79 |

Page Subtotals 0.00 6,109.53

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-08732 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HEFFERLE, JOANN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2366 Checking Account |
| Taxpayer ID No: | *******8420 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/14 | 300016 | Malvern, PA 19355-0701<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 8.18610%<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 871.03 | 16,519.76 |
| 01/14/14 | 300017 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 8.18610% | 7100-000 | | 679.51 | 15,840.25 |
| 01/14/14 | 300018 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 8.18614% | 7100-000 | | 840.25 | 15,000.00 |
| 03/12/14 | 300019 | JOANNE HEFFERLE<br>P.O. BOX 279<br>LAKE ZURICH, IL 60047 | Payment of exemption<br>Payment of exemption | 8100-000 | | 15,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 50,000.00 | 50,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,000.00 | 50,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 50,000.00 | 35,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2366 | 50,000.00 | 35,000.00 | 0.00 |
| | 50,000.00 | 35,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           0.00            17,390.79

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-08732 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HEFFERLE, JOANN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2366  Checking Account |
| Taxpayer ID No: | *******8420 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********2366

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*